Commonwealth v. Williamson, Appellant.

Submitted June 11, 1968. *Mervyn R. Turk,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio* and *Vram S. Nedurian, Jr.,* Assistant District Attorneys, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.